■ In the Matter of FREDA DAVIS, Petitioner, v HOWARD SAFIR, as Police Commissioner of the City of New York, et al., Respondents. [691 NYS2d 487] —Determination of respondent Po-

lice Commissioner dated June 17, 1998, terminating petitioner's employment as a police officer, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Eileen Bransten, J.], entered on or about November 17, 1998) dismissed, without costs.

The results of the EMIT and GC/MS tests constitute substantial evidence of petitioner's possession and use of cocaine, and no basis exists for disturbing respondent's rejection of petitioner's claim that the GC/MS testing procedures were unreliable and likely to produce a false positive. In any event, even if the positive result obtained by the GC/MS tests are disregarded, the positive result obtained by the EMIT tests, the reliability of which petitioner does not challenge, would alone constitute substantial evidence of the use of cocaine (*Matter of Lahey v Kelly*, 71 NY2d 135). The penalty of dismissal does not shock our sense of fairness (*Matter of Gordon v Brown*, 84 NY2d 574, 580). Concur—Sullivan, J. P., Williams, Wallach, Lerner and Friedman, JJ.